IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG - 3 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

WAL-MART REAL ESTATE
BUSINESS TRUST, a Delaware
business trust,

    Plaintiff,

v.                    CASE NO. 5:02-CV-31

REILLEY'S, INC.,
a West Virginia corporation,

    Defendant.

## ORDER

The Court having been advised that all matters in controversy have been settled in this case through the mediation process in the Fourth Circuit Court of Appeals and that the mandate was issued by the Fourth Circuit Court of Appeals on November 1, 2006 dismissing the appeal, it is hereby

**ORDERED** that all claims currently pending in the District Court in this matter being the same are hereby dismiss with prejudice and that the case be retired from the active docket of the Court.

ENTERED: ~~November~~ August 3, 200~~6~~7.

_____
HONORABLE ~~W. CRAIG BROADWATER~~,
~~UNITED~~ STATES DISTRICT COURT JUDGE
JOHN PRESTON BAILEY

*[signature]*
Arch M. Riley, Esq.
Bailey, Riley, Buch & Harman, LC
Riley Building, Suite 900
P. O. Box 631
Wheeling, WV 26003
*Co-Counsel for Third-Party Defendants*
*Patrick A. Reilley and Ronald J. Reilley*

*[signature]*
William A. Kolibash, Esq.
PHILLIPS, GARDILL, KAISER
 & ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV 26003
*Counsel for Defendant Reilley's, Inc.*